UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINDY SHANKIN,

       Plaintiff,                  Case No. 1:13-cv-188

v.                                      HON. JANET T. NEFF

RPS COMPANIES INC., et al.,

       Defendants.
_____/

## **ORDER APPROVING REPORT AND RECOMMENDATION**

This is a civil action. Plaintiff filed Motions for Entry of Default Judgment (Dkts 22, 26). The motions were referred to the Magistrate Judge, who issued a Report and Recommendation on February 13, 2014, recommending that a default judgment in the total amount of $9,000.00 be entered in favor of Plaintiff and against Defendants. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 27) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Entry of Default Judgment (Dkt 26) is GRANTED.

A Default Judgment will issue.


Dated: March 6, 2014                                     /s/Janet T. Neff
                                                            JANET T. NEFF
                                                            United States District Judge